**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

UNITED STATES OF AMERICA     )
                                    )     CR 417-115
v.                            )
                                    )
DARRYL WASHINGTON          )

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 MAR -8 PM 4 06
CLERK
SO. DIST. OF GA.

## ORDER

After an independent and de novo review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

So ORDERED, this ____ day of March, 2018.

_____
HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA