# 𝕴𝖓 𝖙𝖍𝖊 𝖀𝖓𝖎𝖙𝖊𝖉 𝕾𝖙𝖆𝖙𝖊𝖘 𝕯𝖎𝖘𝖙𝖗𝖎𝖈𝖙 𝕮𝖔𝖚𝖗𝖙 𝖋𝖔𝖗 𝖙𝖍𝖊 𝕾𝖔𝖚𝖙𝖍𝖊𝖗𝖓 𝕯𝖎𝖘𝖙𝖗𝖎𝖈𝖙 𝖔𝖋 𝕲𝖊𝖔𝖗𝖌𝖎𝖆 𝕾𝖆𝖛𝖆𝖓𝖓𝖆𝖍 𝕯𝖎𝖛𝖎𝖘𝖎𝖔𝖓

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CR 417-115-1 |
| DARRYL WASHINGTON, | |
| Defendant. | |

**ORDER**

Before the Court is Defendant Darryl Washington's "Letter/Motion of Inquiry," which the Court construes as a motion for sentence reduction. Dkt. No. 68. Therein, Defendant seeks relief pursuant to "the retroactive . . . 18:922(g)(1) which goes into effect Feb. 2025." Id. The Court gleans that Defendant is referencing a proposed amendment to the U.S. Sentencing Guidelines that could impact the definitions of "crime of violence" and "controlled substance offense," both of which may impact sentencing for 18 U.S.C. § 922(g)(1) convictions. At this time, however, the amendment has not been adopted. Therefore, Defendant's motion, dkt. no. 68, is **DISMISSED**.

**SO ORDERED**, this 29 day of January, 2025.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA